IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ONESIMO HARO,   No. C 08-1325 WHA (PR)

          Petitioner,   **ORDER OF TRANSFER**

  vs.

J. HARTLEY,   Warden,

          Respondent.
_____/

    This is a habeas case filed pro se by a state prisoner. He has paid the filing fee. Petitioner contends that the Board of Parole Hearings and the California Department of Corrections and Rehabilitation are denying him parole on the basis of facts contrary to those found at his trial, or on the basis of facts not tried to a jury and found to be true beyond a reasonable doubt. The petition therefore goes to the execution of petitioner's sentence.

    Petitioner was convicted in Santa Clara County, which is in this district, and is incarcerated at Avenal State Prison, which lies within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). This petition therefore is **TRANSFERRED** to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: October   3  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\HARO1325.TRN.wpd